**IT IS ORDERED as set forth below:**

**Date: September 6, 2023**

Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number 23-40168-EJC |
| ASHLEY RENE BAILEY. | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| WENDY A. OWENS, as Chapter 7 Trustee | ) | Adversary Proceeding |
| of the Estate of ASHLEY RENE BAILEY. | ) | No.:23-AP-04009-EJC |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TURNBULL LAW GROUP, LLC | ) | |
| | ) | |
| Defendant | ) | |

### ORDER ON TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT

This matter comes before the Court in the motion of Wendy A. Owens ("Trustee"),the duly-qualified and acting trustee of the estate of the above-referenced Debtor, to approve a compromise and settlement with Defendant Turnbull Law Group, LLC.

After notice and opportunity for hearing, and it appearing to the Court that no party in interest has objected to the motion, and that the granting of the motion is in the best interest of the bankruptcy estate, **IT IS HEREBY ORDERED** that the Trustee's motion is **GRANTED.**

It is **FURTHER ORDERED** that the compromise and settlement, as outlined in the motion, is **APPROVED AND AUTHORIZED** in all respects.

It is **FURTHER ORDERED** that, within twenty-one (21) days of this Court's entry of an

order approving this compromise and settlement, the Defendant shall pay to the Trustee the sum of seventeen thousand five hundred dollars ($17,500.00). Payment to be made to: Wendy A. Owens, Chapter 7 Trustee, P.O. Box 8846, Savannah, Georgia 31412.

It is **FURTHER ORDERED** that upon payment of the said funds to the Trustee, the Defendant shall be released from any and all claims by the Debtor, the Trustee, and/or the Debtor's bankruptcy estate relating to all fraudulent transfer and/or avoidable transaction claims arising under federal or state law, any claims arising under the Georgia Debt Adjustment Act, and any claims under the Georgia Fair Business Practices Act.

It is **FURTHER ORDERED** that the above-captioned adversary proceeding shall be held in abeyance, and all existing deadlines shall be tolled for the number of days that elapse between the date on which the motion was filed and the date on which the Trustee files a notice that the settlement was not fully satisfied, if applicable.

It is **FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation and/or enforcement of both this compromise and settlement and this Order.

**[END OF DOCUMENT]**

**Prepared by:**

_/s/ Wendy A. Owens____
Wendy A. Owens
Law Office of Wendy A. Owens, P.C.
GA Bar No. 557809
P.O. Box 8846
Savannah, GA 31412
912-239-9888
wowens@coastalempirelaw.com
*Attorney for Trustee*

2